# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF TEXAS

# LAREDO DIVISION

FILED

2022 AUG -1 PM 3:07

U.S. COURTS
SOUTHERN DISTRICT
OF TEXAS

| | |
|---|---|
| **MANOJ RAMCHAND SAMTANI** | § |
| **AKA LUVI SAMTANI, AS #1---a Minor** | § |
| **Female Child, AS #2---a Minor Female** | § |
| **Child** | § |
| **Plaintiffs** | § |
| | § |
| **VS.** | § CIVIL ACTION NO. 5:22-CV-76 |
| | § |
| **CITY OF LAREDO, LAREDO POLICE** | § |
| **DEPARTMENT, LPD OFFICER #1, LPD** | § |
| **OFFICER #2, LPD OFFICER #3, LPD** | § |
| **OFFICER #4, LPD OFFICER #5, LPD** | § |
| **OFFICER #6, LPD OFFICER #7, LPD** | § |
| **OFFICER #8, LPD OFFICER #9, LPD** | § |
| **OFFICER #10 (ALL JOHN AND JANE** | § |
| **DOE DEFENDANTS IN THEIR INDIVIDUAL** | § |
| **AND OFFICIAL CAPACITY)** | § |
| **Defendants** | § |

1

## ORIGINAL COMPLAINT UNDER 42 USC § 1983 AND MOTION TO RECUSE ALL LOCAL FEDERAL TEX-MEX TEJANO JUDGES (MARMOLEJO, SALDANA) AND JOHN KAZEN, REQUESTING A WHITE OR AN AFRICAN-AMERICAN VISITING FEDERAL JUDGE OR MAGISTRATE JUDGE OR JUDGE J. SCOTT HACKER (THE SMARTEST OF ALL THE LAREDO FEDERAL JUDGES----BY FAR)

**TO THE HONORABLE JUDGE OF SAID COURT, HOPEFULLY A VISITING WHITE JUDGE OR AN AFRICAN-AMERICAN JUDGE:**

**NOW COMES,** THREE Plaintiffs, Manoj Ramchand Samtani, AKA Luvi Samtani, hereinafter referred to as **Plaintiff Luvi Samtani**, **AS #1**, a minor female child, **AS #2**, a minor female child, in the above styled and numbered cause, and files this, THEIR Original Complaint, seeking relief from all ten individual **JOHN AND JANE DOE** Defendants, City of Laredo and the Laredo Police Department.  The THREE Plaintiffs, through their Dad, Plaintiff Luvi Samtani (father of AS #1 and AS #2), will explain in their respective complaints for why they seek relief from the following Defendants:

## I

## PARTIES AND REQUEST OF COURT ORDER TO EFFECTUATE PERSONAL SERVICE OF THE CITY OF LAREDO, LAREDO POLICE DEPARTMENT AND THE TEN UNKNOWN LPD OFFICERS (JOHN AND JANE DOE DEFENDANTS)

Plaintiffs Pro Se Luvi Samtani, AS#1 and AS#2 mailing address is 406 Manor Rd, Laredo, TX 78041. On Plaintiff Luvi Samtani's previous Civil Action against the City, USA, et al. **(CIVIL ACTION NO. 5:15-CV-174), (274F. Supp. 3d 695 S.D. Tex 2017)** and its Individual Defendants, they (ALL of the John Doe Defendants) were hiding from service of process. They refused service of process, and they threw out the person trying to execute/effectuate service of process. They acted violently, vindictively and obnoxiously. Eventually Judge Hacker ordered the U.S. Marshals to effectuate personal service back then. This new Civil Action consists of armed and dangerous John and Jane Doe Defendants who scared the sh_t out of the 3 Plaintiffs (including 2 minor female children). On Luvi Samtani's previous Civil Action against the City of Laredo, The City acted very vindictively back then and they can do so again. They can also be belligerent. They are capable of firing shots with their guns if you do not obey them. Plaintiff's private processor is afraid to approach these individuals. They are armed and dangerous. They lack training and discipline. They have NO integrity. They have NO conscience. They have shot and killed unarmed citizens. They have used their taser guns on many occasions. On Plaintiff Luvi Samtani previous Civil Action, LPD and other John Doe Defendants have refused service of process, ditching service of process, where it got to a point that Judge Hacker ordered the Marshals to effectuate service of process. Plaintiff Luvi Samtani does not want to go through the same process again. Plaintiff's private processor refuses to effectuate service of process because she is in fear and trepidation that these Defendants can act belligerently. **Plaintiff Luvi Samtani hereby requests that the court issues an Order, after receiving its filing fees from Plaintiffs, directing the U.S. Marshals to effectuate personal service of all Defendants.**

Defendant City of Laredo can be served by serving its City Attorney or City Secretary at City Hall, 1110 Houston St., Laredo, TX 78040, and the Laredo Police Department can be served by serving its Chief, Claudio Trevino, Jr., or any Deputy Chief at 4712 Maher Ave., Laredo, TX 78041. Plaintiff understands that the names of all the John and Jane Doe's Defendants will come at a later date after court order. These 10 John and Jane Doe Defendants can be **served by serving all 10 to the Police Chief himself (which is better)** or Deputy Police Chief or Anyone from its administration at the same address. 11 Summons are to be served at the LPD Headquarters and 1 Summon at City Hall. In the meantime 12 Summons will be issued: CITY; LPD; 10 JOHN, JANE DOE Defendants. **Please have the U.S. Marshals effectuate personal service of process to all twelve Defendants. PLEASE!!**

In the meantime, the Defendants City of Laredo and the Laredo Police Department refuse to give the names of any LPD Officers that intruded, invaded and illegally (criminally) trespassed inside the Mansion of Luvi Samtani and his Family---violating their respective 4th Amendment Rights to the U.S. Constitution, invading their respective privacies (minor girls too) and causing shock, fear, trepidation, physical, life threatening injuries to Plaintiff Luvi Samtani (blood pressure 212 over 92), other injuries to his **2 MINOR** female daughters (shortness of breath, shock, fear, devastating insomnia), (injury to a child—a state felony), and emotional injury and devastating insomnia/shock to all 3 Defendants (injury to all 3 Plaintiffs require treatment or counseling). All of the LPD Officers were heavily armed with deadly weapons, units were parked inside the

driveway without permission and armed officers (at least five) entered inside the Samtani Mansion without permission and without a scintillating evidence of probable cause.

## II

## JURISDICTION AND VENUE

The incident took place in the Del Mar Section C Subdivision on 406 Manor Rd., Laredo, TX 78041 in the **SAMTANI MANSION** on January 31st, 2021 at approximately 7:00am. ALSO, THIS INCIDENT CAN BE REFERRED TO AS THE **SAMTANI HOME INVASION** BY HEAVILY ARMED AND DANGEROUS MEN AND A WOMAN (10 TEX-MEX TEJANO LAREDO POLICE DEPARTMENT OFFICERS). Referring to the LPD Officers as Tex-Mex Tejanos is not derogatory in anyway. It is who they are and who they represent. They represent the Defendant City of Laredo.

## III

## MOTION TO RECUSE ALL LOCAL FEDERAL JUDGES AND THE IMPORTANCE OF A VISITING FEDERAL JUDGE---A JUDGE THAT'S FAIR AND IMPARTIAL, A JUDGE THAT'S NOT BIAS, PREJUDICE OR VINDICTIVE

Plaintiff Luvi Samtani would like to bring to attention that **on June 13, 2018**, he personally filed a **LETTER AND AN OBJECTION TO THE COMMITTEE TO APPOINT JOHN KAZEN AS THE U.S. MAGISTRATE JUDGE** with the U.S. District Clerk Deputy David Morales. Also, at that time, Plaintiff called David Morales in his direct line (956) 790-1368

twice, and Mr. Morales **confirmed twice** with Plaintiff Luvi Samtani that Judge Saldana received said documents. The documents were addressed to Judge Diana Saldana.  Judge Saldana did not respond to Luvi Samtani.  She probably read it and threw it away. Luvi Samtani, by law, is entitled to a response, especially when filed in Federal Court. Plaintiff Luvi Samtani can now conclude that Judge Saldana is an **Obstructionist.**  Plaintiff Luvi Samtani explains in said document that John Kazen has committed criminal acts.  When Plaintiff Luvi Samtani has the time, he will file a formal complaint against Diana Saldana and John Kazen with the 5th Circuit.  The Three Plaintiffs are attaching an Original Filed Copy of Said Document marked as Plaintiffs' Exhibit OJ (obstruction of justice) and has the initials of U.S. Deputy Clerk David Morales, DJM.

Plaintiff Luvi Samtani and his family know Judge George Kazen since 1984; also, Judge George Kazen takes part in the Laredo politics and is a good friend and ally of Henry Cuellar. May he Rest in Peace, but the Laredo Federal Building should not be named after him. Also, Judge Kazen's son, John (who uses the prestige of his father's name and office), is into a lot of crooked stuff—such as violating the rules of the Texas Property Code and using illegal collection methods to collect and extort monies from taxpayers and wrongfully foreclosing on people's properties all for his personal gain.

John Kazen conspires with corrupted Justices of the Peace (small claims judges **with no law degree),** but with one in particular by the name of Hector Liendo to obtain illegal tax warrants before the due dates to collect or foreclose on taxpayers.  Hector Liendo (buddy of John Kazen) needs to be investigated by the FBI (hoping the Justice Department does so). Hector Liendo has

reduced bonds of murderers and drug kingpins from $3,000,000.00 to $200,000.00, allowing them to come out of jail only to commit more murders and crimes. John Kazen too needs to be investigated. Plaintiff Luvi Samtani doesn't care that John Kazen is a son of a Federal Judge (George P. Kazen). John is using his father's prestigious name to get things done his way, using Beckie Palomo to render judgments against taxpayers for his personal gain. John had all these stupid and corrupted judges in his pocket because he is a Kazen. Plaintiff Luvi Samtani doesn't care who the hell he is. Plaintiff Luvi Samtani and his twin brother have had many, many altercations with John Kazen **for over a decade-in-a-half** for doing things illegally, collecting illegal fees and putting monies in his pocket and in his firm's pocket. John even threatened Luvi Samtani and his twin brother that he can file a lawsuit against them with his inept allies, Beckie Palomo or other corrupted Judges in the Webb County Justice Center. Over the years, John Kazen has threatened Plaintiff and his identical twin brother in Beckie's Court and in other slimmy courts in that stinky building with stinky judges that he can shut down their respective businesses if they don't give him the monies he demands. John might have secret deals under the table with corrupted JP Hector Liendo, Beckie and other corrupted judges from that building, and it's pretty simple to figure out and use common sense that Hector Liendo and other judges receive funds from John Kazen and from drug kingpins. How much monetary contributions have John Kazen and his tax firm contributed to Beckie Palomo and Hector Liendo and other Corrupted Laredo State Judges? Attached also is Plaintiffs' Exhibit C (Corrupt). Also attached is Plaintiffs' Exhibit CKL (Crooked Kazen and Liendo). It's actually close to 16 years that John Kazen has made repeated threats to Plaintiff and his twin brother (year after year) that he's going to shut down their respective businesses if they don't give him the money he wants with his illegal collection fees of 33 percent. What a Rat!!! In these exhibits attached, Plaintiff Luvi

Samtani doesn't mean to be disrespectful.  These are letters going back to 2006.  It is just to show how John Kazen behaved with him and his family over the years.  John was nothing but a bully and a corrupted individual who shouldn't be in the federal bench, but sucking up to Henry Cuellar like his Dad got this crooked individual recognition.

Plaintiff Luvi Samtani is not afraid to open his mouth because he is sick and tired of the corruption and dirty Tex-Mex Tejano LPD Cops, Judges and Politicians of the Uncivilized Jungle Laredo, and, also, Federal Judge Diana Saldana, Federal Judge Marina Garcia Marmolejo and Federal Judge Micaela Alvarez use to do photo shoots with the local Laredo female judges like with Beckie Palomo, Elma Teresa Salinas Ender and Monica Notzon all of whom (except the federal judges) are a disgrace to justice.  Plaintiff Luvi Samtani sees a lot of bias, acts of vindictiveness and crookedness with the Laredo Tex-Mex Tejano Judges, Police and Politicians. Plaintiff Luvi Samtani considers them not only vindictive, but he's convinced that they have no integrity or conscience whatsoever. These Laredo Tex-Mex Tejano Judges want to be worshiped like a God and want people to suck up to them; if not, they are going to be very vindictive. Plaintiff Luvi Samtani wonders if Marmolejo or Saldana will be vindictive or just step aside by recusals and let a white or an African-American Federal Judge preside over this Civil Action, so that Plaintiff Luvi Samtani's blood pressure doesn't go up to a dangerous, life-threatening level. Plaintiff Luvi Samtani's Blood Pressure went SKY HIGH (217 over 97) because of the Samtani Home Invasion, causing him to be in a hypertensive crisis **TO THIS DATE** because of the 10 Dirty Tex-Mex Tejano Laredo Police Officers. Most importantly, the three Plaintiffs want this Civil Action to be adjudicated with the best administration of justice and with no bias or prejudice.

Plaintiff Luvi Samtani has had problems with the Laredo Tex-Mex Tejano Judges, Tex-Mex Police and the former Tex-Mex DA in the past—such as being thrown in jail illegally on 3 separate occasions (all in the 1990s), on child sexual abuse allegations (accusing Luvi Samtani in 1995 of playing with his son's dick during divorce proceedings), on gag orders violations (speaking to the News Media repeatedly---see the 1996 exhibits A, B, and C) and even falsely accused him of threatening to blow up the Child Protective Service building on Arkansas Street in Laredo. The Jungle Laredo Tex-Mex Tejano judges and politicians in general are very dirty and vindictive people.  They have no integrity for law and order—instead they intentionally invented a conspiracy against Luvi Samtani**, stating that they're going to throw him in jail for 60 years,** and Plaintiff Luvi Samtani was acquitted on all (by visiting white state judges), but considers these Laredo Tex-Mex Tejano women (Beckie, Monica, Elma) a disgrace to justice, woman-lover, man-hater and father-hater. These three bitches were trying to hang Luvi Samtani. They sat in the courtroom during a two-week trial with a visiting white judge from San Antonio, only to hear a not guilty verdict on all counts. Laredo has a lot of sick and disgusting people of higher authority with no integrity and no conscience. Why sit in the courtroom of the Bullshit Samtani Criminal Trial instead of sitting in their respective chambers? They don't care for justice!  They are all a disgrace to justice!  Every time Luvi Samtani sees these three bitches and the former prosecutor, Mary Capello, at a distance, or at the grocery store, he feels like vomiting immediately inside the grocery store. Plaintiff Luvi Samtani went through all that from 1995 through 1997 by sick, disgusting Laredo Tex-Mex Tejano jungle people of higher authority. Luvi Samtani was intentionally put through processes that he shouldn't have gone through at all such as the three malicious prosecutions----or Uncivilized Jungle Laredo Taco System of Justice.

After the three acquittal of Luvi Samtani from the Laredo Taco System of Justice in the mid 1990's the DA's Office that maliciously prosecuted Luvi Samtani on three separate occasions **was raided** by the FBI. All of the files from the corrupted DA back then (including the Samtani files) were taken and placed in a big U-Haul Truck outside the Webb County Injustice Center Building. Luvi Samtani helped the FBI Agents with valuable information back then that led to many indictments inside the DA's Office back then. Many convictions came forth thereafter, including the Dad of the corrupted DA back then, who was collecting bribes from criminal defendants' families to fix or dismiss criminal cases. Those bribe monies were given to his son, Joe Rubio, Jr. All of that information is on Federal Court Records with the U.S. District Clerk. It's accurate information. Even the ex-police chief of the Jungle Laredo Tex-Mex-Tejano Police Department, Agustin Dovalina, got convicted in Federal Court for accepting bribes. He was sentenced, probably by Judge George Kazen. He served several years in the Federal Prison. "Every Dog Has its Day!" And the slimeballs that put Luvi Samtani in jail for violating his First Amendment Rights and other fraudulent accusations served time in jail on corruption charges. **ALL** of the slimeballs were Dirty Tex-Mex Tejanos who openly and publicly said that Luvi Samtani was going to lose the criminal trial because the people in Laredo do not like "Pinche Indios."

Right now, Plaintiff Luvi Samtani is not afraid of these stinky, dirty, Tex-Mex Tejano Taco Head Cops and corrupted Laredo State Tex-Mex Tejano Judges with no integrity--who continue to this day to violate Plaintiff Luvi Samtani's Constitutional Rights. Plaintiff Luvi Samtani considers them as wimps. They also lack intellectual stimulation. So if they (Tex-Mex Tejano cops, judges

and politicians of power) want to get vindictive and start something new, Plaintiff says, "Bring it on Tacoheads!" (Plaintiff is a New Yorker and not afraid of the Tex-Mex Tejano wimps situated in the Uncivilized, Uneducated Jungle Laredo). Also, Plaintiff Luvi Samtani is an Indian decent but **does not speak or understand the Indian language** because he was born in Hong Kong, British Colony, moved to New York on June 25, 1975, and was Naturalized as a U.S. Citizen on October 18, 1984 in the U.S. District Court, Cadman Plaza, Brooklyn, New York (Eastern District). All of his children are U.S. Citizens, including the 2 MINOR Female Plaintiffs, AS#1 and AS#2, whose rights and privacy were violated too and have incurred permanent injuries and damages. Plaintiff and his two minor female daughters speak eloquent English and Spanish only.

If Plaintiff Luvi Samtani sees Judge Marmolejo or Judge Saldana (the obstructionist), he will get sick from his stomach, and his blood pressure will exceed 200. He gets sick with Tex-Mex Tejano judges and politicians, who think that they have power. Plaintiff Luvi Samtani has seen a tremendous amount of prejudice and hate towards him instigated by influential Tex-Mex Tejanos, **Dirty Tex-Mex Tejano Politicians and Dirty LPD Tex-Mex Tejano Cops and Dirty Tex-Mex Tejano Judges only in Laredo, Texas.** From 1995 to 1997, these **Laredo Tex-Mex Tejano people of authority** have instigated (through conspiracy and fraud) several false charges against Plaintiff Luvi Samtani in the past (1990's--none substantiated), threw him in jail illegally several times (no convictions on false charges), abused his Civil Rights, Constitutional Rights and Due Process Rights in the past. **FOR ALL OF THE ABOVE REASONS, PLAINTIFF LUVI SAMTANI WANTS AN AFRICAN-AMERICAN FEDERAL JUDGE OR A WHITE FEDERAL JUDGE (FROM OUTSIDE THE LAREDO JURISDICTION) OR**

**JUDGE HACKER TO ADJUDICATE THIS CASE—NO TEX-MEX TEJANO JUDGES,**

# unless they want to preside over this case for

# vindictive and prejudicial reasons. **These Tex-Mex Tejano**

**Politicians and Judges of higher authority have treated Plaintiff Luvi Samtani the same**

**way (symbolically speaking) that white people treated baseball legend Jackie Robinson.**

**These Tex-Mex Tejano Judges, Cops or Politicians think that they're superior, but they're**

**not.** They want people to kiss their ass and worship them.  In Laredo, in order for the Tex-Mex

population to climb up the ladder of success (if they work for the County or the City), they have

to Kiss the Judges and politicians asses.

'

 All OF THE THREE PLAINTIFFS want is a fair and impartial judge for the best administration

of justice, and if this case goes to trial, Plaintiffs Luvi Samtani, AS #1 and AS#2 want a Trial by

Jury OUT OF THE LAREDO TEX-MEX TEJANO JURISDICTION (through a Motion for

Change of Venue).  Plaintiffs are also willing to accept Mediation to resolve all issues in this

case or even a Settlement Conference.

This case is being filed as a matter of principal and to stop the abuse of Dirty, Heavily Armed

and Dangerous Laredo Tex-Mex Tejano Cops who acted with gross negligence because, as

usual, they lacked training, and they abused their authority, and they acted and behaved in a

manner outside the scope of their employment.  From what Plaintiff Luvi Samtani understands,

there is no White or African-American Cops in the Laredo Police Department.  There is no diversity in the Laredo Police Department.

These individual Defendants have committed a criminal act. Plaintiff Luvi Samtani is stating in advance that all of these Defendants are not entitled to qualified immunity because there are material fact issues in this Original Civil Action Complaint regarding the underlying constitutional violation that the Defendant City of Laredo failed to train its officers in regards to responses to trespass into a private residence without a search warrant or a legitimate probable cause. All of the heavily armed Defendants **"CRIMINALLY TRESPASSED INTO THE SAMTANI'S MANSION,"** then stayed on after they were done with their illegal search---chitchatting and picnicking for a while, enjoying the beauty of the Samtani Mansion from the outside without his permission, and you actually cannot tell them anything because they are heavily armed and dangerous. Videos will be provided as evidence taken by one of the minor Female Child, and the Plaintiffs are going to request all Dash Cam Videos of all LPD SUV Units involved and all Body Cam Videos of all of the ten LPD Officers involved, and if there was a 911 call, Plaintiffs will request the audio.  ALL VIDEOS AND AUDIOS WILL BE REQUESTED BY THE THREE PLAINTIFFS.

Plaintiffs have video evidence that they intend to send to all parties, including the district clerk via email. Also, Dash Cam and Body Cam Videos, 911 call will be requested during discovery. Lack of training is also a violation of Title 42 § 1983 of the USC.

Plaintiff Luvi Samtani hasn't seen **ONE** White or African-American Cop or Employee with the Laredo Police Department**. They only hire Tex-Mex Tejanos.** The Laredo Police Department should change its name to the Laredo Tex-Mex Tejano Police Department if there is no diversity. It's obvious that the LPD and the Laredo City Government are racists toward white people, black people and pinche indios. Plaintiff Luvi Samtani has brought the matter of "Diversity" to their attention many, many times.  The realistic fact is that these Tex-Mex Tejano Cops, Judges and Politicians want to run their own show and be Rulers of the Laredo Tex-Mex Tejano Kingdom. Imagine, the 2022 population of Laredo, Texas is 329,000 citizens and residents plus 30,000 illegal criminal aliens plus 50,000 illegal honest aliens with a total population of 409,000.  With 409,000 thousand people residing in Laredo, Texas there is **NO** White or African-American Police Officers in the Laredo Police Department.  There is no diversity in the City of Laredo Government and its Laredo Police Department.

## IV

## PLAINTIFFS' COMPLAINT, CAUSES OF ACTION UNDER 42 U.S.C. § 1983 FOR VIOLATING THEIR RESPECTIVE FEDERAL RIGHTS UNDER THE FOURTH AMENDMENT AND INADEQUATE TRAINING OF ALL INDIVIDUAL DEFENDANTS (LPD OFFICERS) THAT RESULTED IN THE VIOLATION OF PLAINTIFFS' CONSTITUTIONAL RIGHTS AND DEPRIVATION OF THEIR RESPECTIVE CIVIL RIGHTS AND PLAINFIFFS' RESPECTIVE CLAIMS FROM THE FEDERAL TORT CLAIMS ACT AND THE TEXAS TORT CLAIMS ACT

On January 31, 2021 at approximately 7:00am, Plaintiffs Luvi Samtani, AS#1 (a MINOR female child) and AS#2 (a MINOR female child) were sound asleep in their respective rooms when, all of a sudden, all 3 Plaintiffs heard very loud banging noises from all the doors and windows of the first and second floors of the 10,400 square-feet Samtani Mansion.  The day was very beautiful and misty, paradise-like weather, quiet and peaceful.  The Samtani Mansion was very clean and beautiful from the outside, water fountain by the front entrance was crystal-clear, and swimming pool and Jacuzzi in the backyard were so clean that you can actually drink the water.

On January 31, 2021, at approximately 7:00am, the atmosphere in the Samtani Mansion was nothing but beauty, peace and tranquility, and it was very quiet.  There were no signs or evidence of any foul play, no blood stains, no broken glasses, no garbage, no screaming, no noise whatsoever, and no signs that any crimes were committed.  The structure was intact, not damaged or impaired in any way and was very beautiful.

All of a sudden and by surprise, Four or Five Laredo Police Department (LPD) SUV Units swarmed into Plaintiffs Mansion like "Killer Bees," with no evidence, **probable cause** or search warrant, criminally trespassed into the Samtani Mansion.  One of the Police Units (for his convenience) parked inside the driveway of the Samtani Mansion.  At least 10 LPD Officers climbed up the stairs in the back of the Mansion and on the right side of the Mansion, banging on the French doors and windows very hard. They were banging and banging everywhere like a bunch of lunatics. Except the main entrance, most of the doors and windows are French windows or windows without curtains, so, obviously, the 10 LPD Officers were peeking through the windows.

Their respective behaviors were insane. They were not mentally up to par. The 10 John and Jane Doe heavily armed Defendants acted like a bunch of uneducated lunatics. Obviously they lacked intellectual stimulation, and it was very obvious that they acted and behaved in a manner outside the scope of their employment. They acted with gross negligence because they lacked training and discipline. They acted like twits. They were very belligerent, and they were capable of murdering the three Plaintiffs on January 31, 2020 at 7:00am----mainly because they're incompetent because of their insufficient training.

While all of this banging (all over the mansion) was happening, Plaintiffs AS#1 and AS#2 came out of their respective rooms in extreme fear and trepidation, fearing that burglars are trying to intrude inside the Samtani Mansion. They were literally crying! All three Plaintiffs had feared that they were going to die on that particular day. Both the minor female Plaintiffs were trembling nonstop, thinking that they were going to die or be kidnapped. Finally one of the minor female Plaintiffs looked out of the second floor window and started recording from her cell phone. She recorded 4 visible LPD SUV Units and a bunch of LPD Officers intruding and invading the Samtani Mansion. Eventually, that minor female child's bedroom door was opened without knocking and without her permission by one of the LPD Cops who made an illegal, forced entry inside the Samtani Mansion.

At approximately 7:15am that same morning, Plaintiff Luvi Samtani decided to open one of the 3 back doors on the second floor large balcony facing his swimming pool and Jacuzzi. Then one of the many LPD Officers walked up to Plaintiff Luvi Samtani and told him that a passerby

heard a woman screaming from inside the Samtani Mansion.  How can you hear somebody screaming from inside the Mansion? And how can you distinguish if the voice you heard was a male or a female?

Based on hearsay evidence and not on concrete evidence, **and without any probable cause** or a **search warrant,** the LPD Officer did not allow Plaintiff Luvi Samtani to close his back door. The John Doe Police Officer kicked the door from the bottom and invaded the inside of the Samtani Mansion. That John Doe LPD Officer's Justification is based on information received from one passerby that **cannot adequately substantiate.** In other words, it's like a rumor.  The report of another person's words by a witness, which is usually disallowed as evidence in a court of law, was accepted by 10 LPD Officers.  These incompetent, untrained and inept Tex-Mex Tejano Laredo Police Officers decided to make an instant home invasion without probable cause, evidence and a search warrant.  As a result, Plaintiff Luvi Samtani and his two minor daughters suffer from permanent physical, mental and emotional injuries.  Plaintiffs' Federal Rights (Fourth Amendment) were violated.

That John Doe LPD Police Officer, who made a forced entry, opened another door on the second floor to let another John Doe LPD Police Officer criminally trespass inside the Samtani Mansion. The 2 John Does then **proceeded to open the bedroom doors of the 2 minor girls and invaded their respective rights to privacy.**  They then proceeded to open 2 other doors on the first floor to allow at least 3 additional officers to criminally trespass inside the Samtani Mansion. That made it **FIVE** Dirty Tex-Mex Tejano Heavily Armed Gunmen (LPD Officers) inside the Samtani Mansion. They gave themselves a complete tour of the Samtani Mansion without

permission of the 100 percent owner, Luvi Samtani. They snooped around like assholes. They put the three Plaintiffs in a tremendous state of shock, causing permanent injuries to all three Plaintiffs. Plaintiffs were forced to be detained in one section on the second floor while these Dirty Laredo Tex-Mex Tejano Cops were doing their illegal search **(WITHOUT PROBABLE CAUSE)** inside the Samtani Mansion.

All these five Tex-Mex Tejano Laredo Police Officers were heavily armed and dangerous. They were five LPD Officers inside the Samtani Mansion, and 5 LPD Officers outside the Samtani Mansion. All were heavily armed and dangerous. The Video showed four SUV Units outside the Samtani Mansion. There were probable more. The Laredo Police Officers in the past have murdered an unarmed homeless man when they shot at Walter Garza 38 times. They have a tendency, not only to murder, but to assault, use a gun taser and use excessive force on the citizens. They also have a tendency to make illegal searches and seizures without a search warrant and without probable cause. They have no respect for the law and for the Constitution of the United States. For these reason, ALL three Plaintiffs were forced to meet their demands because they saw them as very incompetent and belligerent.

Section 1983 The Civil Rights of 1871, now codified as 42 U.S.C. §1983 as federal law provides: "Every person who, under color of any statute, ordinance, regulation, custom or usage, of any state or territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or any other person within the jurisdiction thereof to the deprivation of any laws, privileges or immunities secured by the Constitution and laws, **shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress."**

The state action requirement for standing under 42 U.S.C. §1983 has more commonly been referred to as "color of state law," from the statute itself. Plaintiffs are informed and believe, and thereupon allege that in committing said acts and/or omissions, Defendants Laredo Police Department, City of Laredo, and the 10 John and Jane Doe Defendants were the agents and employees of each other Defendants and were acting within such agency and employment and that each Defendants were acting under color of state law. 42 U.S.C.S. §1983 requires that the conduct complained of must have deprived the person of some privilege or immunity secured by the Constitution or laws of the United States. As such, the three Plaintiffs allege that ALL the Defendants jointly and/or severally deprived Plaintiff Luvi Samtani and his two minor daughters of their Fourth Amendment Rights and those Rights, Privileges, and Immunities secured by the Fifth and Eighth Amendments to the Constitution incorporated and applied to the states through the Fourteenth Amendment. The Fourth Amendment guarantees security from unreasonable search and seizure. It includes the expectation of privacy; the right to be free from arrests without probable cause to believe the arrested person committed a crime. Accordingly, Plaintiffs allege that they were subjected to an unreasonable search and invasion of their privacy, that they were being symbolically detained in their own house by heavily armed gunmen while they were illegally searching the 10,400 square feet Samtani Mansion, had their expectation of privacy violated; Plaintiffs were in trepidation of being assaulted or murdered without reasonable suspicion and/or probable cause.

Liability for the City of Laredo, Laredo Police Department and the 10 individual John and Jane Doe Defendants established under §1983 because the home invasion and illegal search of citizens, on unfounded notions that there might be some illegal activity, is a persistent,

widespread practice of City of Laredo and LPD employees -- namely police officers--- that, although not authorized by officially adopted policy, is so common and well settled as to constitute a custom that fairly represents official municipal policy. The City of Laredo has actual or constructive knowledge of this practice, custom, and/or policy or procedure and sufficiently numerous prior incidents of police officers using illegal techniques like illegal search and seizure, violating citizens Fourth Amendment Rights and Federal Rights intentionally or tasing citizens (if you don't obey them) establishes custom and accession to that custom by the City of Laredo's policy makers.

The City of Laredo's unspoken policy to use illegal search methods on citizens is a decision that reflects deliberate indifference to the risk that a violation of a particular constitutional or statutory right will follow the decision. In the alternative, the City of Laredo is liable under § 1983 for failure to adopt a policy precluding officers from doing an illegal search and home invasion of citizens because such failure to adopt such a policy is one of intentional choice.

Moreover, the City of Laredo is liable for inadequate training of police officers under § 1983. The Samtani Mansion consists of 10 Bedrooms and 9 Bathrooms and many closets and 4 living rooms and 3 Bars and one downstairs kitchen and one upstairs kitchen and 2 game rooms and a laundry room and a safe and 2 stairs going to the second floor and many hallways and 2 balconies and many areas. It has a total of 10,400 square feet of living area that was invaded by nine heavily armed John Does Defendants and one very heavily armed Jane Doe Defendant.

All areas were intruded, and all doors were left opened.  An illegal search was conducted, an invasion of privacy was committed, an illegal entry/criminal trespass was committed, and a burglarious entry was committed when the Officer kicked the bottom of the back door, a home invasion was committed by heavily armed gunmen, Plaintiffs' Federal Rights Violated, and minor female girls' rights and privacy invaded.

All of the John Does' behaviors were very, very belligerent.  Plaintiffs were in fear and trepidation that they were going to be shot and die.  From the banging noises outside the structure to the invasion inside the structure by very heavily armed men and a woman, the shock and injuries incurred by the three Plaintiffs were tremendous.  One of the John Doe Defendants demanded to Plaintiff Luvi Samtani (while inside the Samtani Mansion) that he wants to see his Driver License **RIGHT NOW.**  Imagine making demands inside somebody's residence without a search warrant and without probable cause!!!  A well-trained and disciplined Police Officer will not behave in a manner outside the scope of his employment.

LAW FOR UNREASONABLE SEARCH AND SEIZURE-----  An unreasonable search and seizure is a search and seizure executed #1 without a legal search warrant signed by a judge or magistrate describing the place, person, or things to be searched or seized or #2 without probable cause to believe that certain person, specified place or automobile has criminal evidence or #3 extending the authorized scope of search and seizure.

An unreasonable search and seizure is unconstitutional, as it is in violation of the Fourth Amendment, which aims to protect **"INDIVIDUALS' REASONABLE EXPECTATION OF**

**PRIVACY AGAINST GOVERNMENT OFFICERS."** The Fourth Amendment reads: "The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no warrant shall issue, **"BUT UPON PROBABLE CAUSE,** supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized."

To reiterate, The Defendant City of Laredo, does not provide sufficient training to their one and only Tex-Mex Tejano Laredo Police Officers. Many of them are not even academically inclined, and many of them that are too fat or too old are not athletically inclined. Plaintiffs are hoping that one day in the distant future, they would miraculously see a diverse and well-trained workforce in the Laredo Police Department. At the present time, the LPD is a disaster!

## V

## INDIVIDUAL DEFENDANTS' LIABILITY, INCLUDING THE CITY OF LAREDO AND THE LAREDO POLICE DEPARTMENT

A fact issue exists concerning Defendant City of Laredo's Deliberate Indifference in the Training of its Police Officers—A municipality and/or its officials are liable under §1983 for failure to train an employee when the three Plaintiffs can show:  1) that the entity failed to train its officers involved (10 John and Jane Doe Defendants), 2) there is a "casual connection" between the failure to train and the alleged violation of  Plaintiffs' Rights and 3) that, in failing to train, the entity exhibits deliberate indifference to the Plaintiffs' Constitutional Rights. Estate of Davis v. City of North Richland Hills, 406 R.3d 375, 381 (5th Cir.2005) (quoting Smith v. Brenoettsy, 158

F.3d 908, 911-12 (5th Cir.1998), and citing Burge v. St. Tammany Parish, 336 F.3d 363, 370 (5th Cir.2003)); see also City of Canton v. Harris, 489 U.S. 378, 389 (1989) ("The inadequacy of police training may serve as the basis for §1983 liability only where the failure to train amounts to deliberate indifference to the rights of persons with whom the police come into contact.").

This Civil Action consists of fact issues with evidence, and more evidence will come during discoveries such as dash cam videos and body cam videos with audios. The LPD, their deputy chiefs, internal affairs officers and their open records refuse to give Plaintiffs the names of all the John and Jane Doe Defendants.  They openly told Plaintiff Luvi Samtani that they were not giving him anything or telling him anything.  They were very rude to Plaintiff, and they (all the high ranking officials from LPD) refused to even give him an explanation of the Samtani Mansion Home Invasion.  All of the high ranking Laredo Police Officials refused completely to answer any of Plaintiff Luvi Samtani's questions.  They screwed up and they hide.  They run away from you like chickens.  They don't show their faces, and they don't return phone calls. They committed a serious offense and crime, and after the incident of January 31, 2021, they behaved like assholes while they inflicted injuries to Plaintiffs Luvi Samtani and two minor female children. Injury to a Child is a State Felony.  The ten John and Jane Doe Defendants caused Injury to 2 Children. The Laredo Police Chief and his Deputy Chief and his Chief Deputy and his Internal Affairs Officers and His Administrations are a bunch of assholes with no integrity and no conscience! They behaved like criminals, hiding evidence and future discoveries, behaving in a manner outside the scope of their respective employment, probably in the twilight zone. Imagine they can commit a crime and get away with it!!!  Why don't they hire a white cop?  Why don't they hire an African-American Cop?

## VI

## PLAINTIFFS' OBJECTION TO VIRTUAL HEARINGS, MOTIONS AND CONFERENCES

These whole virtual court hearings have contaminated the justice system, made lawyers and judges lazy and made the whole justice system corrupt. **The three Plaintiffs want all hearings to be in-person with all lawyers present physically in Federal Court for the Defendants.** If any of the lawyers or judges is afraid of the China Virus, we can keep filing continuances until no lawyer or Judge is afraid of the China Virus. Plaintiff Luvi Samtani and his 2 minor daughters would rather file several Motions for Continuance than make themselves available virtually.   Virtual Court Proceedings are a disgrace to our Justice System and are Unconstitutional.

## VII

## PLAINTIFFS' DAMAGES AGAINST LAREDO POLICE DEPARTMENT, CITY OF LAREDO AND THE 10 JOHN AND JANE DOE DEFENDANTS IN THEIR INDIVIDUAL AND OFFICIAL CAPACITY

As a result of the foregoing unlawful and wrongful acts of all of the Defendants, jointly and severally, and in their individual and official capacity, the three Plaintiffs have been caused to suffer general, actual and punitive damages which include but are not limited to the following: both physical and emotional injury, including but not limited to  - - pain and suffering,

devastating insomnia, stress and emotional and mental distress and shock, along with severe feelings of fear and trepidation (to this date) that someone armed and dangerous will break into their house while they're sleeping. To this date, ALL three Plaintiffs suffer from these permanent injuries, but Plaintiff Luvi Samtani has one additional injury.  His blood pressure after this incident is from 168 to 217, and it hasn't gone lower.  Plaintiff Luvi Samtani, in particular, has life-threatening injuries that are more serious than his two children. All three Plaintiffs have permanent injuries.

Said injuries have caused the three Plaintiffs to incur special damages which include but are not limited to the following: past and probable future medical, psychiatric, and counseling expenses, as well as lost wages and costs associated with this Civil Action.

Pursuant to the Civil Rights Attorney's Fees Award Ac, 42 U.S.C.S. §1988, a prevailing party in a §1983 case is entitled to recover its attorney's fees.   Hence, Plaintiffs further pray for all costs and attorney fees associated with bringing the present case to trial.

In addition, Plaintiffs pray for punitive damages.  Punitive damages are designed to punish and deter officials and police officers such as all ten individual Defendants in their individual and official capacity, who has engaged in egregious wrongdoing.  Punitive damages may be assessed under §1983 when the Defendants' conduct is shown to be motivated by evil motive or intent, or when it involves reckless or callous indifference to the federally protected rights of others. While municipal defendants are absolutely immune from § 1983 awards of punitive damages, such damages may be awarded against a public employee or official in their individual capacity. Therefore, the three Plaintiffs allege and pray for punitive damages against the 10 individual

Defendants, as these 10 individual Defendants actually knew that their conducts were unconstitutional, and/or was callously indifferent to its legality.

## VIII

## PRAYER

**WHEREFORE, PREMISES CONSIDERED**, the three Plaintiffs respectfully pray that the Court immediately cite the twelve Defendants to answer this Civil Action and Complaint, and that on final hearing, the three Plaintiffs have judgment against all the Defendants, jointly and severally, for the amount of $ 10,000,000.00 (awarded to each Plaintiff)---- $ 30,000,000.00 in total, mentioned herein for actual damages, punitive damages, costs of court, attorney's fees, and prejudgment and post judgment interest on all amounts and, any other relief, specific or general, at law or in equity, to which these three Plaintiffs shall show themselves justly entitled and for which they shall forever pray.

Respectfully submitted,

Manoj Ramchand Samtani

AKA  Luvi Samtani (Plaintiff Pro Se,

Representing himself and his daughters),

AS #1 (a female minor child)

and AS #2 (a female minor child)

Plaintiffs

406 Manor Rd

Laredo, TX 78041

Tel. (956) 251-5884 Cell

Email: luvisamtani@sbcglobal.net


## AFFIDAVIT OF MANOJ SAMTANI   AKA   LUVI SAMTANI


I DECLARE, UNDER THE PENALTY OF PERJURY, THAT EVERYTHING STATED IN THIS INSTRUMENT IS TRUE AND CORRECT TO THE BEST OF MY ABILITY, INCLUDING THE MANY, MANY YEARS OF VERBAL THREATS AND ILLEGAL TAX WARRANTS FROM JOHN KAZEN TO ME AND TO MY TWIN BROTHER.


I'VE LEARNED FROM MY PARENTS TO BE RESPECTABLE TO PEOPLE THAT DESERVE RESPECT.  I'VE LEARNED FROM THE BIBLE THAT YOU FORGIVE THOSE WHO ARE REPENTANT.  NONE OF THOSE JOHN AND JANE DOE DEFENDANTS SHOWED ANY SIGNS OF REPENTANCE AFTER THEIR ILLEGAL ACTIONS; NEITHER DID THEIR POLICE CHIEF, CHIEF DEPUTY, DEPUTY CHIEF, INTERNAL AFFAIRS OFFICERS, AND THEIR CROOKED ADMINISTRATION.  IF THEY WOULD HAVE APOLOGIZED TO ME AND TO MY DAUGHTERS FOR THEIR GROSS NEGLIGENCE, ACTIONS AND BEHAVIORS, IT MAY HAVE PREVENTED ME FROM FILING THIS CIVIL ACTION.

EVERY NIGHT FOR OVER A YEAR-IN-A-HALF, MY TWO MINOR DAUGHTERS AND MYSELF HAVE TROUBLE FALLING ASLEEP. WE ARE SUFFERING FROM PERMANENT INJURIES DEPICTED IN THIS CIVIL ACTION AND COMPLAINT.

I AM VERY WELL VERSED IN LAW AND IN THE UNITED STATES CONSTITUTION, AND JUST TO LET THIS COURT KNOW THAT ONE OF MY DAUGHTERS IS EVENTUALLY GOING TO JOIN THE MARINES. SHE RECENTLY RECEIVED AN AWARD IN THE IBC BANK BALLROOM FOR BEING THE TOP CADET AND COMMANDER OF THE JROTC GROUP OF ALEXANDER HIGH SCHOOL.

ALL THREE OF US ARE PROUD AMERICANS WHO SUPPORT THE MILITARY AND HUMBLY ASK THIS COURT TO TREAT US RIGHT.

_____

MANOJ SAMTANI   AKA   LUVI SAMTANI

PRO SE PLAINTIFF, REPRESENTING HIMSELF AND HIS TWO DAUGHTERS

SUBSCRIBED AND SWORN TO BEFORE ME, THE UNDERSIGNED AUTHORITY, ON THIS THE ___1ST___ DAY OF AUGUST 2022.



Flor Valdez
Notary Public, State of Texas
Comm. Expires 07/17/2023
Notary ID 13026207-1

_____

NOTARY PUBLIC, STATE OF TEXAS