United States District Court
Southern District of Texas
**ENTERED**
April 10, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| MANOJ R. SAMTANI, *et al.*, | § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. 5:22-CV-00076 |
| CITY OF LAREDO, *et al.*, | § § § | |
| Defendants. | § | |

## **FINAL JUDGMENT**

The Court has granted the respective motions to dismiss filed by Defendants City of Laredo, the Laredo Police Department, and Police Officers Juan Jose Lazcano, III, Joshua Steve Garcia, Jesus A. Hinojosa, Hector Alfredo Flores, Javier A. Diaz, Gustavo Guerra, Alberto Aleman, Jose Oscar Soltelo, and Karla Ivonne Pruneda. (Order, Doc. 139; Memorandum Opinion, Doc. 146)

As a result, Plaintiffs Manoj R. Samtani, Anisha Samtani, and AS#2 (a minor) shall take nothing by this lawsuit against any Defendant.

Each party shall be responsible for its own fees and costs.

This is a final and appealable order.

The Clerk of Court is directed to close this case.

Signed on April 10, 2024.

_____
Fernando Rodriguez, Jr.
United States District Judge